**Marquis Aurbach Coffing**
Albert G. Marquis, Esq.
Nevada Bar No. 1919
Chad F. Clement, Esq.
Nevada Bar No. 12192
James Beckstrom, Esq.
Nevada Bar No.14032
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
amarquis@maclaw.com
clement@maclaw.com
jbeckstrom@maclaw.com
  Attorneys for Jake's, CMC,
  Ganesh, Ganesh II, and Lift

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BEMO USA CORPORATION, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>JAKE'S CRANE, RIGGING & TRANSPORT INTERNATIONAL, INC., et al.,<br><br>Defendant. | Case Number: 2:08-cv-00745-JCM-PAL<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF BEMO USA CORPORATION'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM TO RICH WIGHTMAN & COMPANY**<br><br>**AND**<br><br>**TO VACATE THE HEARING SCHEDULED FOR DECEMBER 21, 2017, AT 10:00 A.M.** |

Jake's Crane, Rigging & Transport International, Inc. ("Jake's"), Construction Management Co. ("CMC"), Ganesh, LLC ("Ganesh"), Ganesh II, LLC ("Ganesh II"), and Lift Equipment Certification Company, Inc. ("Lift"), by and through its counsel of record, Chad F. Clement, Esq., of the law firm of Marquis Aurbach Coffing, Rich, Wightman & Company, CPAs, LLC ("RWC"), by and through its counsel of record, Frank A. Ellis III, Esq., of Ellis Law P.C., and Bemo USA Corporation ("Bemo"), by and through its counsel

of record, Philip T. Varricchio, Esq., and Rachel J. Holzer, Esq., of Varricchio Law Firm, hereby stipulate and agree as follows (following the parties' further meet and confer efforts):

1. RWC shall produce the following categories of documents to Bemo's counsel, if it has such responsive documents, relative to Jake's, CMC, Ganesh, Ganesh II, and Lift, within the timeframe of September 7, 2005, to the present:

   a. Tax returns
   b. Bank statements
   c. Income statements
   d. General deposits
   e. Balance sheets
   f. Patents
   g. Patent license agreements
   h. Patent assignments

2. Bemo's motion to compel [ECF No. 90] shall be withdrawn as to Jake's, CMC, Ganesh, Ganesh II, and Lift;

3. Bemo shall pay the costs associated with RWC's production in response to the subpoena;

4. Each party shall bear its own attorney fees and costs relative to the motion to compel [ECF No. 90]; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MAC:13363-015 3265156_1 12/6/2017 11:05 AM

5. The hearing scheduled on the motion to compel [ECF No. 90] for December 21, 2017, at 10:00 a.m., shall be vacated.

IT IS SO STIPULATED.

Dated this 6th day of December, 2017.

MARQUIS AURBACH COFFING

/s/ Chad F. Clement
Albert G. Marquis, Esq.
Nevada Bar No. 1919
Chad F. Clement, Esq.
Nevada Bar No. 12192
James A. Beckstrom, Esq.
Nevada Bar No. 14032
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Jake's, CMC, Ganesh, Ganesh II, and Lift*

Dated this 6th day of December, 2017.

VARRICCHIO LAW FIRM

/s/ Rachel J. Holzer
Philip T. Varricchio, Esq.
Nevada Bar No. 1087
Rachel J. Holzer, Esq.
Nevada Bar No. 11604
3273 E. Warm Springs Rd., Bldg. 20
Las Vegas, NV 89120
*Attorneys for Bemo*

Dated this 6th day of December, 2107.

ELLIS LAW, P.C.

/s/ Frank A. Ellis
Frank A. Ellis, III, Esq.
510 S. 9th Street
Las Vegas, NV 89101
*Attorneys for RWC*

**ORDER**

**IT IS SO ORDERED**.

Dated this  7th  day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

MAC:13363-015 3265156_1 12/6/2017 11:05 AM